Action by William Sideris against the Almahar Construction Company. No opinion. Judgment and order affirmed, with costs.

---

SIEGEL, Respondent, v. SIEGEL, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Matie Vaughn Siegel against Henry Siegel. Mortimer Boyle, of New York City, for appellant. Nash Rockwood, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

SILVERSTEIN, Appellant, v. FISHER et al., Respondents. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by Leon Silverstein against Louis K. Fisher and others. E. A. Isaacs, of New York City, for appellant. S. I. Frankenstein, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 148 N. Y. Supp. 1144.

---

SILVERSTEIN v. FISHER et al. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by Leon Silverstein against Louis K. Fisher and others. No opinion. Judgment affirmed, with costs. Order filed. See, also, 148 N. Y. Supp. 1144.

---

In re SIMMONS et al., Board of Water Supply. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) In the matter of the application and petition of J. Edward Simmons and others, constituting the Board of Water Supply, etc., to acquire real estate, etc.; Kensico Reservoir, Section No. 4.

PER CURIAM. The exhaustive briefs and voluminous record have been critically examined. The award attached is at least fully compensatory to the appellant. It was not made upon an erroneous theory. There is no question of law to discuss, as this is not a proper case for the application of the rule in Matter of Board of Water Commissioners, 55 App. Div. 77, 66 N. Y. Supp. 1005. Order affirmed, with $10 costs and disbursements. See, also, 157 App. Div. 933, 142 N. Y. Supp. 1144.

JENKS, P. J., taking no part.

---

SIMMONS–BAKER CO., Respondent, v. DEVELOPMENT & BUILDING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by the Simmons-Baker Company against the Development & Building Company.

PER CURIAM. Judgment affirmed, with costs.

FOOTE, J., not sitting.

---

SINNOTT, Respondent, v. WARD BREAD CO., Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Louise Sinnott against the Ward Bread Company. R. H. Woody, of New York City, for appellant. C. I. Engel, of New York City,

for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 147 N. Y. Supp. 1142.

---

SKELLY et al., Appellants, v. MORAN, Respondent. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Joseph Skelly and another against John Moran. No opinion. Judgment affirmed, with costs.

---

SLEPIN v. BECK. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Morris Slepin against Maurice Beck. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. For opinion below, see 84 Misc. Rep. 254, 145 N. Y. Supp. 530.

---

SMITH, Appellant, v. RICHMOND LIGHT & R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Charles Smith, Jr., by Charles Smith, his guardian ad litem, against the Richmond Light & Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

SMITH, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Benjamin T. Smith against Howard Smith. No opinion. Judgment affirmed, with costs.

---

SNYDER, Respondent, v. BUFFALO & L. E. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Earl Snyder, an infant, etc., against the Buffalo & Lake Erie Traction Company. No opinion. Judgment and order affirmed, with costs.

---

SPACZYNSKI, Respondent, v. ISAAC G. JOHNSON & CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Alojzy Spaczynski, an infant, by Frank Gorski, his guardian ad litem, against Isaac G. Johnson & Co. No opinion. Judgment and order unanimously affirmed, with costs.

---

In re STATE ST. IN CITY OF ALBANY. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) In the matter of the acquisition of lands for the improvement of State Street, from Broadway to the pier, in which Alexander Friedlander, appeals. No opinion. Order unanimously affirmed, with costs.

---

In re STAUB et al. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) In the matter of the claim of Arcangela Staub and another, etc. No opinion. Motion denied, without costs.

---

STERN, Respondent, v. STERN, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Cora